

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00180-CR

Leonardo **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The State's brief was due August 25, 2014. On the due date, the State filed a motion to extend time to file the brief, requesting an additional ninety days. After review, we **GRANT** the State's motion and **ORDER** the State to file its brief in this court on or before **November 24, 2014**. The State is advised that **NO FURTHER EXTENSION OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court